ENTERED ON DOCKET

6/9/00 PURSUANT

TO FRCP RULES 58 & 79a

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

ANTONIO J. VIERA,             *
        Plaintiff,            *
                              *
        v.                    *        CIVIL NO. 98-1587(PG)
                              *        CRIMINAL NO. 94-391(PG)
UNITED STATES OF AMERICA      *
        Defendant.            *
                              *

RECEIVED & FILED
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.
2000 JUN -9 AM 9: 52

## J U D G M E N T

On this day the Court entered an Order approving and adopting

the Magistrate Judge's report and recommendation issued on August 4,

1999.

THEREFORE, it is hereby **ORDERED and ADJUDGED** that Antonio J.

Viera's petition under 28 U.S.C. § 2255 is hereby **DISMISSED**.

**IT IS SO ORDERED.**

San Juan, Puerto Rico June 6, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

13